IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA       *
                               *
v.                             *     CR 115-107
                               *
CECIL BRADY HILL               *

O R D E R

Before the Court is Defendant Cecil Brady Hill's "Motion for Entry of Order Requiring Response." More specifically, Hill requests that this Court inquire of the United States Government whether it plans to file a motion under Rule 35(b), Federal Rules of Criminal Procedure, for his substantial assistance in the prosecution of an individual name Matt Bowers. Hill recognizes, as he must, that this Court cannot compel the Government to file a Rule 35(b) motion. (Doc. 245, at 3.) "To the contrary, Mr. Hill is simply requesting this Court to require the Government to respond to whether it has considered Mr. Hill's cooperation and whether that cooperation rose to the level of substantial assistance in the Government's view; and hence, whether the Government therefore intends to or not to file" a Rule 35(b) motion. (Id.)

The Government responded that it is unfamiliar with an individual named Matt Bowers and therefore has no information about Hill's alleged cooperation. (Doc. 246.) Thus, the Government

"declines to file for a further reduction of Hill's sentence." (<u>Id.</u> at 2.) Consequently, Hill has now received the governmental response that he sought through his motion.

Upon the foregoing, the Clerk is directed to **TERMINATE AS MOOT** Defendant Hill's present motion (doc. 245).

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA